IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01622-MSK-CBS

DEBRA L. ALARID,

    Plaintiff,

v.

COCA-COLA ENTERPRISES,

    Defendant.

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that parties' Joint Motion to Amend Scheduling Order and Reset Settlement Conference (*doc. no. 14)* is **GRANTED in part** and  **DENIED in part** . The scheduling order is amended as follows:

| | |
|---|---|
| Discovery cutoff | **August 30, 2006** |
| Dispositive motion deadline | **September 08, 2006** |

In light of the Final Pretrial Conference set for January 08, 2007, no further extensions of the dispositive motion deadline will be granted.

IT IS FURTHER ORDERED that the settlement conference set for July 19, 2006, is **VACATED** and **RESET** to **September 13, 2006, at 1:30 p.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

IT IS FURTHER ORDERED that parties are to submit their respective confidential settlement statements on or before **September 6, 2006**.  Each statement should contain the following:

    1.    A candid assessment of the of the case from the presenter's point of view;
    2.    A summary of the evidence which supports that side's claims;
    3.    Remarks toward any perceived weaknesses in the case;
    4.    Present a demand or offer each client will accept or pay in settlement *(including any essential non-economic terms)*; and

      5.      Any observations or additional information which would be helpful to the magistrate in assisting the parties to negotiate a settlement.

Parties participating in ECF shall e-mail ONLY the Confidential Settlement Statement in PDF format to **Shaffer_Chambers@cod.uscourts.gov**.  ALL additional settlement materials (i.e. deposition transcripts, exhibits) are to be submitted to the court as hard copies.  Counsel are directed to indicate in their email if they are submitting additional information for the court to read.  Any additional material shall be delivered to the office of the Clerk of the Court in an envelope marked "PRIVATE PER MAGISTRATE JUDGE SHAFFER'S ORDERS".

It is further **ORDERED** that counsel shall have parties present who shall have **full authority** to negotiate *all* terms and demands presented by the case, and full authority to enter into a settlement agreement, including an adjustor if an insurance company is involved.  "Full authority" means that the person who attends the settlement conference has the complete and unfettered capacity and authority to meet or pay all terms or amounts which are demanded or sought by the other side of the case without consulting with some other person, committee or agency.

No party shall be permitted to attend the settlement conference by phone, unless that party has obtained leave of court following the filing of an appropriate motion no later than five (5) business days prior to the settlement conference date.

No person is ever required to settle a case on any particular terms or amounts.  However, if any person attends the settlement conference without full authority, and the case fails to settle, that party may be ordered to pay the attorneys' fees and costs for the other side.

**Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show <u>valid photo identification</u>.  *See* D.C.COLO.LCivR 83.2B.**

**DATED:**      July 7, 2006