IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01622-MSK-CBS

DEBRA L. ALARID,

       Plaintiff,

v.

COCA-COLA ENTERPRISES,

       Defendant.

**ORDER**

Due to a scheduling conflict,

**IT IS ORDERED** that the Final Pretrial Conference set for **January 8, 2007 at 8:00 a.m. is VACATED** and reset to **February 1, 2007 at 8:30 a.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.

Dated this 2nd day of January, 2007

       **BY THE COURT:**

       *Marcia S. Krieger*

       Marcia S. Krieger
       United States District Judge