## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:  Patricia Glover                     Date: February 1, 2007
Court Reporter:    Paul Zuckerman

Civil Action No. 05-cv-01622-MSK-CBS

*Parties*:                                             *Counsel Appearing:*

DEBRA L. ALARID,                                       James A. Carleo

       Plaintiff,

v.

COCA-COLA ENTERPRISES,                                 Heather Vickles
                                                       Eric Todd Presnell
       Defendant.

## COURTROOM MINUTES

HEARING:   Final Pretrial Conference.

**8:42 a.m.    Court in session.**

Plaintiff's counsel James Carleo and plaintiff Debra Alrid are present.

Defense counsel Heather Vickles and Eric Presnell are present with their client representative, Hope Wood.

Trial is set for April 2, 2007 for 5 days   The Court advises counsel that the trial is in a third position behind a criminal trial and will not proceed as scheduled.

The Court addresses defendant's Motion for Summary Judgment.  Counsel have no further argument to offer.

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:**     Defendant's Motion for Summary Judgment **(Doc. #18)** is **DENIED.**

If the parties are interested in pursuing settlement, they may obtain a settlement hearing date from the magistrate judge assigned to this case.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

The Court advises counsel the amount of time necessary for trial appears appropriate in light of the witness and exhibit lists and proposed final pretrial order.

Review of the proposed final pretrial order - matters addressed:

> Claims
> Defenses
> Stipulated facts
> Witness List
> Exhibit List
> Anticipated motions
> Trial length, trial process, technology training, evidentiary issues and any questions posed by counsel.

**ORDER:** Pertinent to trial process: - the jury may take notes, the witnesses shall be sequestrated, the chess clock will be used and the time will be divided evenly between the parties, opening statements will be limited to 15 minutes per side, closing arguments will be 30 minutes per side.

**ORDER**: Revised final pretrial order to be submitted by May 18, 2007

Revised witness and exhibit lists to be submitted by May 18, 2007..

Proposed Jury Instructions to be filed by May 18, 2007.

Proposed Voir Dire to be filed by May 18, 2007

Motions in Limine to be filed by May 18, 2007.

Trial is VACATED and reset to August 6, 2007 at 1:00 p.m. for 5 days, in a second position setting.

**9:38 a.m.**     **Court in recess.**

**Total Time:   55 minutes.**
**Hearing concluded.**