IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01622-MSK-CBS

DEBRA L. ALARID,

       Plaintiff,

v.

COCA-COLA ENTERPRISES,

       Defendant.

_____

## ORDER VACATING TRIAL AND SETTING HEARING
_____

**THIS MATTER** comes before the Court *sua sponte*.

Trial in this matter was set for August 6, 2007 in a second-position setting.  Due to

conflicts with other matters on the Court's calendar, the trial date in this case is **VACATED**.  The

Court will hold a brief hearing on **Friday, August 10, 2007** at **10:00 a.m.**  for the purpose of

resetting the trial.  Counsel may appear at this hearing by telephone by making advance

arrangements with the Courtroom Deputy.

Dated this 1st day of August, 2007

                        **BY THE COURT:**

                        _____

                        Marcia S. Krieger
                        United States District Judge